UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2006 NOV 27 P 3: 03
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Crim. No. 06-84-BW |
| | ) |
| **CATHERINE CROSIER** | ) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about May 13, 2002, and continuing through on or about January 27, 2004, defendant

### CATHERINE CROSIER

did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the moneys, funds and other assets of a labor organization, specifically the Maine Education Association, of which she was an employee,

All in violation of Title 29, United States Code, Section 501(c).

Dated: 11-8-06

PAULA D. SILSBY
United States Attorney

By: _____
Gail Fisk Malone
Assistant United States Attorney